## J. M. SOLIBELLAS v. THE CONSOLIDATED ASSOCIATION, &c.

The offspring of slave mothers, born whilst the mothers are affected by a mortgage or privilege, are born subject to the same mortgage or privilege.

APPEAL from the District Court of the parish of Rapides, *Cushman*, J. *W. B. Hyman*, for plaintiff. *Elgee* and *Hyams*, for defendants.

SPOFFORD, J. (LEA, J., recused.) The offspring of slave mothers, born whilst the mothers are affected by a privilege or mortgage, are born subject to the same privilege or mortgage. *Bonner* v. *Mobile*, 3 An. 609.

As to the other point in this case, we are not called upon to decide whether parol testimony is admissible to show a mistake in the age of a slave, as stated in a notarial act of mortgage, for no objection was made to the introduction of the parol evidence in this case. From the testimony adduced, we are satisfied that the slave *Nancy*, for whose proceeds the plaintiff and the intervenors are contending, was included in the mortgage to the defendants.

The judgment is, therefore, affirmed, with costs.